IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  13-cv-02188-KMT

TERRY SHILLING (RUSH),

    Plaintiff,

v.

SERGEANT BUTERO,
LIEUTENANT YATES,
SGT. KENNETH WEBER (CSP), and
C.O. KEVIN DUTY (CENTENNIAL NORTH),]

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Kathleen M. Tafoya on September 9, 2015, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Defendants' Sergeant Butero, Lieutenant Yates, Sgt. Kenneth Weber and C.O. Kevin Duty's Motion to Dismiss or Alternatively Motion for Summary Judgment is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of the Defendants Sergeant Butero, Lieutenant Yates, Sgt. Kenneth Weber and C.O. Kevin Duty and against Plaintiff, Terry Shilling (Rush) on all claims for relief and causes of action asserted in this case.   It is

    FURTHER ORDERED that Defendants, Sergeant Butero, Lieutenant Yates, Sgt. Kenneth Weber and C.O. Kevin Duty shall have their costs by the filing of a Bill of Costs

with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Second Amended Complaint and this civil action are DISMISSED and this case is CLOSED.

DATED at Denver, Colorado this  10th  day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By s/ M. Ortiz
Monique Ortiz,
Deputy Clerk